# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| LETHENIA JOY BAKER,<br><br>  Plaintiff,<br><br>v.<br><br>UPSON REGIONAL MEDICAL CENTER,<br><br>  Defendant. | Civil Action File No.:<br><br>5:20-CV-00283-TES |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff LeThenia Joy Baker, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure and 28 U.S.C. 1291, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the District Court's March 18, 2022 judgment in favor of Upson Regional Medical Center ("Defendant") granting Defendant's Motion for Summary Judgment in the above-captioned matter. (ECF No. 37.)

Respectfully submitted: April 18, 2022.

/s/ M. Travis Foust
M. Travis Foust
Georgia Bar No. 104996
tfoust@pcwlawfirm.com

**PARKS, CHESIN & WALBERT, P.C.**
75 14th Street, N.E., 26th Floor
Atlanta, GA 30309
T: (404) 873-8000
F: (404) 873-8050
*Counsel for Plaintiff*

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| LETHENIA JOY BAKER,<br><br>　　Plaintiff,<br><br>v.<br><br>UPSON REGIONAL MEDICAL CENTER,<br><br>　　Defendant. | Civil Action File No.:<br><br>5:20-CV-00283-TES |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the within and foregoing **PLAINTIFF'S NOTICE OF APPEAL** in the above-styled civil action with the Clerk of Court by using the Court's CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

Robert A. Luskin
rluskin@gm-llp.com
E. Graham Newsome
gnewsome@gm-llp.com
**GOODMAN MCGUFFEY LLP**
3340 Peachtree Road, N.E., Suite 2100
Atlanta, Georgia 30326

Respectfully submitted: April 18, 2022.

*/s/ M. Travis Foust*
M. Travis Foust
Georgia Bar No. 104996
tfoust@pcwlawfirm.com
