# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11381

_____

LATHENIA JOY BAKER,

                                               Plaintiff-Appellant,

*versus*

UPSON REGIONAL MEDICAL CENTER,

                                               Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 5:20-cv-00283-TES

_____

JUDGMENT

2                                                                                                      22-11381

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: March 8, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: April 8, 2024